# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 18-11055-AMC

DEANNA  DUNN

627 ANDOVER RD

UPPER DARBY, PA 19082

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DEANNA  DUNN

    627 ANDOVER RD

    UPPER DARBY, PA 19082

**Counsel for debtor(s), by electronic notice only.**
    JEANNE MARIE CELLA
    215 N OLIVE ST,  STE 101

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                         /s/ William C. Miller

Date: 7/18/2018

                                                        _____
                                                        William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee