# United States Bankruptcy Court
## Eastern District of Pennsylvania

In RE: **Deanna Dunn** : Case No: **18-11055**
: 
: 
Debtor : Chapter 13

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on August 16, 2018, a true and correct copy of Debtor's **1st Amended Chapter 13 Plan** was served upon the parties listed below, in the above captioned matter, in the manner listed below:

William Miller, Esquire                     Electronic Mail
Chapter 13 Standing Trustee
111 S Independence Mall, Ste 583
Philadelphia, PA 19106
(Chapter 13 Trustee)

Deanna Dunn                                Electronic Mail
627 Andover Rd
Upper Darby, PA 19082

Office of the United States Trustee        Electronic Mail
833 Chestnut Street, Ste. 501
Philadelphia, PA 19107

All creditors on claims                    Electronic Mail and First Class Mail
register

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**

BY: */s/ Jeanne Marie Cella, Esq.*
    Jeanne Marie Cella, Esquire
    Attorney for Debtor