# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11055-AMC

DEANNA DUNN

627 ANDOVER RD

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DEANNA DUNN

627 ANDOVER RD

UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

JEANNE MARIE CELLA
215 N OLIVE ST, STE 101

MEDIA, PA 19063-

Date: 10/4/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee