United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11055-amc
Deanna Dunn                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi            Page 1 of 1            Date Rcvd: Oct 11, 2018
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14078200         E-mail/Text: bankruptcy.bnc@ditech.com Oct 12 2018 02:18:07
                   Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
              JEANNE MARIE CELLA    on behalf of Debtor Deanna  Dunn paralegal@lawbsc.com,   pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11055-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Deanna Dunn
627 Andover Rd
Upper Darby PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LSF10 Master Participation Trust c/o Caliber Home<br>13801 Wireless Way<br>Oklahoma City, OK  73134 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/13/18

Tim McGrath
**CLERK OF THE COURT**